[No. 8771–1–I.  Division One.  June 22, 1981.]

JAMES E. HOFFMANN, ET AL, *Appellants,* v.
SHERMAN DEAN SMITH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–08315–1, Frank H. Roberts, Jr., J., entered April 29, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 8225–6–I.  Division One.  June 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE
BRANCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89888, Carolyn R. Dimmick, J., entered November 13, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham and Corbett, JJ.

[No. 7667–1–I.  Division One.  June 22, 1981.]

MICHAEL HASTINGS, ET AL, *Respondents,* v.
WARREN E. HANSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 56127, Marshall Forrest, J., entered April 24, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James, C.J., and Williams, J.